No. 6,178.—LOU McGINLEY, ADMINISTRATRIX, RESPONDENT, v. MARYLAND CASUALTY COMPANY OF BALTIMORE, APPELLANT.

*Appeal from Musselshell County; G. J. Jeffries, Judge.*

Decided: June 24, 1927.

PER CURIAM.—The parties to the above-entitled cause having stipulated that the appeal therein be dismissed, it is so ordered.

*Mr. Edward C. Day,* for Appellant.

*Mr. A. G. McNaught,* for Respondent.